```
 1  DANIEL H. BRUNNER
 2  CHAPTER 13 TRUSTEE
    P.O. Box 1513
 3  Spokane, WA 99210-1513
    (509) 747-8481
 4
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
BOSHEAR, LARRY J and
BOSHEAR, ROBIN N

Case No. 03-09833-PCW13

Debtors

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $425.00, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| BOSHEAR, LARRY J and BOSHEAR, ROBIN N | 17910 N KATH RD NEWMAN LAKE, WA 99025 | $425.00 |

Dated: June 10, 2010

*[signature]*
DANIEL H. BRUNNER, Chapter 13 Trustee

*Receipt 487452 S*     *6-11-10*     *$425.00*